

IN THE
TENTH COURT OF APPEALS

No. 10-13-00003-CV

**TEXAS OUTDOOR CONCEPTS, LLC,
D/B/A TEXAS GREENS BY DESIGN,**

Appellants

v.

**CHRISTIAN HOUSE OF PRAYER,**

Appellee

**From the 52nd District Court
Coryell County, Texas
Trial Court No. 10-39780**

MEMORANDUM OPINION

Appellant, Texas Outdoor Concepts, LLC d/b/a Texas Greens by Design, has notified this Court of its bankruptcy petition filed on March 28, 2013 in the United States District Court for the Western District of Texas. *See* TEX. R. APP. P. 8.1. Further action in this appeal has been automatically stayed. *See* 11 U.S.C. § 362.

For administrative purposes, this appeal is suspended and will be treated as closed unless reinstated on a proper motion. TEX. R. APP. P. 8.2. It may be reinstated on

motion of any party showing that the stay has been lifted or modified and specifying what action, if any, is required from this Court upon reinstatement of the appeal. TEX. R. APP. P. 8.3.

The reporting requirement of Local Rule 17 is suspended. 10TH TEX. APP. (WACO) LOC. R. 17.

The Clerk of this Court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.


AL SCOGGINS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal suspended
Opinion delivered and filed April 11, 2013
[CV06]